# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

DANIELA RIVAS,

    Plaintiff,

vs.

CAESARS ENTERPRISE SERVICES, LLC,

    Defendant.

2:19-cv-01637-KJD-DJA

**ORDER**

    Due to the evolving health crisis in the community regarding COVID-19, and Temporary General Order 2020-04,

    Accordingly,

    IT IS HEREBY ORDERED that the Early Neutral Evaluation session scheduled for April 2, 2020, is VACATED and will be RESCHEDULED at a later date.

    DATED this 20th day of March, 2020.

                                        CAM FERENBACH
                                        UNITED STATES MAGISTRATE JUDGE