**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| DANIELA RIVAS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAESARS ENTERPRISE SERVICES, LLC,<br><br>　　　　　Defendant. | 2:19-cv-01637-KJD-DJA<br><br>**ORDER** |

　　　　Due to a conflict on the court's calendar,

　　　　IT IS HEREBY ORDERED that the Early Neutral Evaluation Session scheduled for September 1, 2020, is VACATED, and RESCHEDULED to 10:00 AM, September 21, 2020.

　　　　The written evaluation statements must be delivered to chamber or (if statements and exhibits are 100 pages or less) emailed to VCF_Chambers@nvd.uscourts.gov, not later than 4:00 p.m., September 14, 2020. DO NOT FILE. DO NOT MAIL THEM TO THE CLERK'S OFFICE. DO NOT SERVE A COPY ON OPPOSING COUNSEL.

　　　　If a party prefers to appear by video conference, the party must notify chambers (702-464-5540) of that decision by September 14, 2020. If the party is appearing by video conference, it is the responsibility of that party to set-up and coordinate the video conference for the ENE and be prepared to do a test run of the video conference on September 15, 2020, with chambers.

　　　　If you do not feel well, contact chambers (702)464-5540 immediately to reschedule this hearing or make arrangements to attend it remotely. DO NOT COME TO THE COURTHOUSE IF YOU ARE EXPERIENCING FLU-LIKE SYMPTOMS such as a cough, fever, or shortness of breath, or if you have been in contact with anyone who has been recently diagnosed with a COVID19 infection. Refer to Temporary General Order 2020-02 for additional courthouse-access policies and procedures.

All else as stated in the order (ECF No. 23) scheduling the ENE remains in effect.

DATED this 20th day of July, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE