GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax    (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIELA RIVAS, an individual;<br><br>          Plaintiff,<br>vs.<br><br>DESERT PALACE, LLC<br><br>          Defendant. | Case No.: 2:19-cv-01637-KJD-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PRETRIAL ORDER**<br><br>(FIRST REQUEST) |

**STIPULATION AND ORDER FOR EXTENSION
OF TIME TO FILE PRETRIAL ORDER**

The parties, by and through their respective counsel of record, submit the following Stipulation And Order For Extension Of Time To File Pretrial Order.

Specifically, the Parties herein request the deadline to file their Joint Pretrial Order be extended 30-days up to and including Wednesday, October 13, 2021.

This is the first request to extend time to file the Pretrial Order. Such extension request herein is made in good faith.

Such extension request is needed as (1) Plaintiff's counsel has personal and work commitments that require immediate attention and request is not sought for any improper purpose or other reason of delay, and (2) defense counsel is currently in the midst of a multi-week jury trial in the Second Judicial District Court for the State of Nevada.

Such extension is sought only to conserve expenditures and resources while the parties discuss various aspects of the anticipated trial including such exhibits, testimony, evidence, timing, and procedural matters.

IT IS SO STIPULATED.

Dated this 23 day of August 2021.

Respectfully submitted,

/s/ *Christian Gabroy*
Christian Gabroy, Esq.
Nev. Bar No. 8805
GABROY LAW OFFICES
170 S. Green Valley Parkway, Ste 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704

*Attorneys for Plaintiff*

Dated this 30th day of August 2021.

Respectfully submitted,

./s/ Shannon Pierce
Shannon Pierce, Esq.
Nev. Bar No. 12471
Fennemore Craig, P.C.
7800 Rancharrah Parkway
Las Vegas, NV 89511
Tel: (775) 788-2200
Fax: (775) 786-1177

*Attorney for Defendant*

**IT IS SO ORDERED.**

Dated: September 7, 2021

_____
Daniel J. Albregts
United States Magistrate Judge