GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel	(702) 259-7777
Fax	(702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIELA RIVAS, an individual;<br><br>                    Plaintiff,<br>vs.<br><br>DESERT PALACE, LLC<br><br>                    Defendant. | Case No.: 2:19-cv-01637-KJD-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PRETRIAL ORDER**<br><br>(SECOND REQUEST) |

**STIPULATION AND ORDER FOR EXTENSION
OF TIME TO FILE PRETRIAL ORDER**

The parties, by and through their respective counsel of record, submit the following Stipulation and Order For Extension Of Time To File Pretrial Order.

Specifically, the Parties herein request the deadline to file their Joint Pretrial Order be extended 30-days up to and including Friday, November 12, 2021.

This is the second request to extend time to file the Pretrial Order. Such extension request herein is made in good faith.

Such extension request is needed as (1) Plaintiff's counsel is adjusting to several personnel changes within the office; (2) Plaintiff's counsel has additional trial commitments that require immediate attention and request is not sought for any improper purpose or other reason of delay, and (2) defense counsel will need ample time to review Plaintiff's proposed draft, proposed exhibits, etc. as the parties work together.

Such extension is sought only to conserve expenditures and resources while the parties discuss various aspects of the anticipated trial including such exhibits, testimony, evidence, timing, and procedural matters.

IT IS SO STIPULATED.

Dated this 12th day of October 2021.

Respectfully submitted,

/s/ *Christian Gabroy*
Christian Gabroy, Esq.
Nev. Bar No. 8805
GABROY LAW OFFICES
170 S. Green Valley Parkway, Ste 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704

*Attorneys for Plaintiff*

Dated this 12th day of October 2021.

Respectfully submitted,

./s/ *Shannon Pierce*
Shannon Pierce, Esq.
Nev. Bar No. 12471
Fennemore Craig, P.C.
7800 Rancharrah Parkway
Las Vegas, NV 89511
Tel: (775) 788-2200
Fax: (775) 786-1177

*Attorney for Defendant*

**IT IS SO ORDERED.**

Dated: __October 13__, 2021

_____
Daniel J. Albregts
United States Magistrate Judge