FENNEMORE CRAIG, P.C.
Shannon S. Pierce (Bar No. 12471)
7800 Rancharrah Parkway
Reno, NV 89511
Telephone: (775) 788-2200
Facsimile: (775) 786-1177
Email: spierce@fennemorelaw.com

*Attorneys for Defendant*
*Desert Palace LLC dba Caesars Palace*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIELA RIVAS,<br><br>Plaintiff,<br><br>v.<br><br>CAESARS ENTERPRISE SERVICES, LLC; and DESERT PALACE, LLC,<br><br>Defendants. | Case No. 2:19-cv-01637-KJD-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE PRETRIAL ORDER**<br><br>**(THIRD REQUEST)** |

The parties, by and through their respective counsel of record, submit the following Stipulation and Order for Extension of Time to File Pretrial Order (Third Request). Specifically, the parties request the deadline to file their Joint Pretrial Order be extended by thirty-one (31) days, from November 12, 2021 to December 13, 2021 (the thirtieth day, December 12, 2021, being a Sunday).

This is the third request to extend time to file the Pretrial Order. All requests for extension, including the current request, have been and are made in good faith. The first two requests to extend the Pretrial Order deadline were based on staffing changes and trial commitments of the parties' respective counsel. As for the current request, the parties have agreed to participate in a mediation before JAMS on November 19, 2021 and wish to focus resources on potential resolution rather than preparing for trial. If mediation is unsuccessful, the

1  parties anticipate being able to file their Joint Pretrial Order by December 13, 2021 without the
2  need for further extensions.  This extension is not sought for purposes of delay or for any other
3  improper purpose.  This extension is sought solely to conserve expenditures and resources while
4  the parties discuss potential resolution.

5  **IT IS SO STIPULATED.**

6  DATED:  November 5, 2021

7  FENNEMORE CRAIG, P.C.

9  By:   */s/ Shannon S. Pierce*
   Shannon S. Pierce, Esq.
   7800 Rancharrah Parkway
10  Reno, NV  89511

   *Attorneys for Defendant*
12  *Desert Palace LLC dba Caesars Palace*

13  DATED:  November 5, 2021

14  GABROY LAW OFFICES

15  By:  */s/ Christian Gabroy*
   Christian Gabroy, Esq.
16  GABROY LAW OFFICES
   The District at Green Valley Ranch
17  170 South Green Valley Parkway, Suite 280
   Henderson, NV 89012

   Alan J. Reinach, Esq.
19  CHURCH STATE COUNCIL
   2686 Townsgate Rd.
20  Westlake Village, CA 91361

21  *Attorneys for Plaintiff* Daniela Rivas

22  **ORDER**

23  **IT IS SO ORDERED**.

   _____
25  UNITED STATES MAGISTRATE JUDGE

   Dated:  November 9, 2021

19001854.1

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of FENNEMORE CRAIG, P.C., and that on this date, pursuant to FRCP 5(b), I am serving a true and correct copy of the attached **STIPULATION AND ORDER EXTENDING TIME TO FILE PRETRIAL ORDER (THIRD REQUEST)** via the Court's CM/ECF system, on the parties set forth below addressed as follows:

Gabroy Law Offices
Christian Gabroy, Esq.
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, NV 89012
christian@gabroy.com

Alan J. Reinach, Esq.
Church State Council
2686 Townsgate Rd.
Westlake Village, CA 91361
ajreinach@churchstate.org

DATED:  November 8, 2021

/s/    *Debbie Sorensen*
An employee of FENNEMORE CRAIG, P.C.

3

19001854.1