GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 259-7777
Fax    (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIELA RIVAS, an individual;<br><br>                Plaintiff,<br>vs.<br><br>DESERT PALACE, LLC<br><br>                Defendant. | Case No.: 2:19-cv-01637-KJD-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PRETRIAL ORDER**<br><br>(FOURTH REQUEST) |

**STIPULATION AND ORDER FOR EXTENSION
OF TIME TO FILE PRETRIAL ORDER**

The parties, by and through their respective counsel of record, submit the following Stipulation and Order for Extension of Time to File Pretrial Order (Fourth Request). Specifically, the parties request the deadline to file their Joint Pretrial Order be extended by thirty days (30) from December 13, 2021 to January 12, 2022.

This is the fourth request to extend the time to file the Pretrial Order.  All requests for extension, including the current request, have been and are made in good faith.  As for the current request, the parties participated in an extensive mediation before JAMS on November 19, 2021.  Unfortunately, the matter was not able to successfully resolve.  As the parties participated in such mediation, such efforts were focused on resolution.

Further, during that time period, lead trial counsel for Plaintiff completed a trial in state court, had further personnel transition at his office, and spent time attending to a personal family member whose medical condition and pending matters have occupied such time for personal matters.

Further, Plaintiff's counsel has now tendered the first draft of the PTO to Defense counsel and the parties request ample time to finalize the PTO as the draft will be subject to modifications by both parties.

IT IS SO STIPULATED.

Dated this 13th day of December 2021.

Respectfully submitted,

/s/ *Christian Gabroy*
Christian Gabroy, Esq.
Nev. Bar No. 8805
GABROY LAW OFFICES
170 S. Green Valley Parkway, Ste 280
Henderson, Nevada 89012
Tel (702) 259-7777
Fax (702) 259-7704

*Attorneys for Plaintiff*

Dated this 13th day of December 2021.

Respectfully submitted,

/s/ *Shannon Pierce*
Shannon Pierce, Esq.
Nev. Bar No. 12471
Fennemore Craig, P.C.
7800 Rancharrah Parkway
Las Vegas, NV 89511
Tel: (775) 788-2200
Fax: (775) 786-1177

*Attorney for Defendant*

**IT IS SO ORDERED.**

Dated: December 14, 2021

_____
Daniel J. Albregts
United States Magistrate Judge