1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

7

DANIELA RIVAS,

Case No. 2:19-cv-01637-KJD-DJA

8

           Plaintiff,

9

   v.

**ORDER**

10

CAESARS ENTERPRISE SERVICES, LLC, et al.,

11
12

           Defendants.

13

14

      This case was referred to the undersigned to conduct a settlement conference, which

15

settlement conference is set for June 13, 2022.  (ECF No. 83).  Defendant Desert Palace moves to

16

vacate the settlement conference, arguing that the parties have already tried to settle, were

17

unsuccessful, and have positions too conflicting to resolve.  (ECF No. 85).  Plaintiff Daniela

18

Rivas argues in response that she wishes to move forward with settlement, believing that it will be

19

productive, and argues that Defendant's statement that the parties' positions are "too divergent" is

20

inaccurate.  (ECF No. 86).   Defendant replies that nothing has changed since the parties most

21

recent settlement efforts and keeping the conference date will waste time.  (ECF No. 87).

22

Because the parties' interpretations of their ability to settle are not reconcilable through their

23

briefs, the Court denies the motion to vacate.  At the upcoming settlement conference, the parties

24

should be prepared to discuss why they believe settlement is possible or not.

25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

　　　　**IT IS THEREFORE ORDERED** that the motion to vacate (ECF No. 85) is **denied.**  The

settlement conference scheduled for June 13, 2022 will go forward as provided in the Court's

order scheduling the settlement conference.  (ECF No. 84).


DATED:  May 18, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　

　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE