**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIELA RIVAS,<br><br>        Plaintiff,<br><br>v.<br><br>DESERT PALACE, LLC,<br><br>        Defendant. | Case No. 2:19-cv-01637-KJD-DJA<br><br>**[PROPOSED] ORDER APPROVING JOINT STIPULATION TO CONTINUE AND EXTEND LENGTH OF TRIAL** |

This Court, having considered the Joint Stipulation to Continue and Extend Length of Trial (the "Stipulation"), hereby **FINDS** as follows:

1. The Stipulation is in the parties' best interests, will not prejudice any party, and is not entered into in bad faith or with intent to delay.

2. The current jury trial (set on a stacked calendar to begin on January 23, 2023 at 9:00 a.m.) presents an irreconcilable conflict for Defendant, as Defendant's second-chair counsel, Ms. Kelly Peters, who is expecting her first child in October 2022, will either be on maternity leave or just returning from same around that time.

3. A continued trial date is necessary to ensure that Defendant may present its case through its chosen counsel. Counsel for Plaintiff has no objection to the continuance.

4. Defendants' lead counsel is currently set for another trial beginning on March 13, 2023.

5. Any jury trial stack on or after April 15, 2023 would fairly accommodate both attorneys for Defendant and is acceptable to all parties.

6. The requested continuance is unrelated to any of the circumstances listed in 18 U.S.C. § 3161(h).

7. Given that more than ten (10) witnesses may be called to testify, the trial is reasonably estimated to take a total of seven (7) days.

1

18459920.2

Therefore, good cause exists to approve the Stipulation, and the Court hereby **APPROVES** the Stipulation and **ORDERS** as follows:

1. The current jury trial date and all pre-trial dates and deadlines associated therewith are vacated.

2. This case is reset for jury trial on the stacked calendar on: May 22, 2023 at 9:00 a.m. in courtroom 4A.

3. Calendar call shall be held on: May 16, 2023 at 9:30 a.m. in courtroom 4A.

4. The anticipated length of trial is seven (7) days.

**IT IS SO ORDERED.**

DATED: May 18, 2022.

_____
THE HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

18459920.2