FENNEMORE CRAIG, P.C.
Shannon S. Pierce (Bar No. 12471)
Kelly Peters (Bar No. 15762)
7800 Rancharrah Parkway
Reno, Nevada 89511
Telephone:   (775) 788-2200
Facsimile:    (775) 786-1177
spierce@fennemorelaw.com
kpeters@fennemorelaw.com

*Attorneys for Defendant Desert Palace, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIELA RIVAS, | Case No. 2:19-cv-01637-KJD-DJA |
| Plaintiff, | |
| v. | **[PROPOSED] STIPULATION & ORDER TO DISMISS WITH PREJUDICE** |
| CAESARS ENTERPRISE SERVICES, LLC, | |
| Defendant. | |

It is hereby stipulated and agreed by and between the parties to this action, Plaintiff DANIELA RIVAS, by and through her counsel of record, and Defendant DESERT PALACE, LLC[1], by and through their counsel of record, FENNEMORE CRAIG, P.C., that the above-captioned action and all causes of action asserted therein should be dismissed

//
//
//
//
//
//
//

---

[1] As reflected in the Court's docket, although the case caption lists Caesars Enterprise Services, LLC as the defendant, at present, the sole remaining defendant is Desert Palace, LLC.

21189827/037641.0167

with prejudice, with each party to pay her and its own attorneys' fees and costs.

     IT IS SO STIPULATED.

     Respectfully submitted.

DATED:  July 19, 2022.

**FENNEMORE CRAIG, P.C.**

By: */s/ Shannon Pierce*
Shannon S. Pierce, Esq.
NV Bar No. 12471
Kelly E. Peters, Esq.
NV Bar No. 15762
7800 Rancharrah Parkway
Reno, Nevada 89509
Telephone: (702) 692-8000
spierce@fennemorelaw.com
kpeters@fennemorelaw.com

*Attorneys for Defendant Caesars Enterprise Services, LLC*

DATED:  July 19, 2022.

**GABROY LAW OFFICES**

By: */s/ Christian Gabroy, Esq.*
Christian Gabroy, Esq.
The District at Green Valley Ranch
170 S. Green Valley Parkway, Suite 280
Henderson, NV 89102
Tel: (702) 259-7777
Fax: (702) 259-7704
christian@gabroy.com

## **ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED that the above-captioned action, and all claims asserted therein, are dismissed with prejudice.  Each party must bear her or its own attorney's fees and costs.

DATED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE

21189827/037641.0167

FENNEMORE.
7800 Rancharrah Parkway
Reno, NV 89511
775-788-2200

3

21189827/037641.0167